■ Lou C. McNEES, Appellant, v. WILLIAM SCHOLOFF, Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from an order dated February 2, 1956, granting defendant's motion, pursuant to subdivision 5 of section 426 of the Civil Practice Act, to be relieved of his failure to comply with the provisions of that statute, and for permission to file a demand for a jury trial *nunc pro tunc,* and from an order dated March 8, 1956, denying plaintiff's motion to reargue the motion which resulted in the order

of February 2, 1956. Order dated February 2, 1956, affirmed, with $10 costs and disbursements. No opinion. Appeal from order dated March 8, 1956, dismissed, without costs. The order is not appealable. (*Zirn* v. *Bradley*, 263 App. Div. 724; *Cohen* v. *Nadelman*, 269 App. Div. 951.) Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.